UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MIAMI VALLEY HOSPITAL,

    Plaintiff,                                                                         Case No. 3:20-cv-320

vs.

JEFFREY A. JONES, *et al.*,                         District Judge Michael J. Newman

    Defendants.

---

**ORDER GRANTING DEFENDANT AHRESTY WILMINGTON CORPORATION'S MOTION FOR LEAVE TO FILE THE ADMINISTRATIVE RECORD UNDER SEAL (DOC. NO. 21)**

---

This civil case is before the Court on Defendant Ahresty Wilmington Corporation's ("Ahresty Wilmington") motion to file the administrative record under seal. Doc. No. 21. Ahresty Wilmington -- through citation of authorities and by affidavit -- has demonstrated its proposed seal is no broader than necessary. *See Shane Grp., Inc. v. Blue Cross Blue Shield of Mich.*, 825 F.3d 299, 306 (6th Cir. 2016); *Thomas v. Nationwide Children's Hosp., Inc.*, No. 2:14-cv-1236, 2018 WL 1512908, at *4 (S.D. Ohio Mar. 27, 2018). Therefore, the Court **GRANTS** Ahresty Wilmington's motion to file the administrative record under seal.

       **IT IS SO ORDERED.**


Date:   March 29, 2021                                  s/Michael J. Newman
                                                                      Hon. Michael J. Newman
                                                                      United States District Judge